RAMIRO MORALES, # 167947
Email: rmorales@mfrlegal.com
ROBERT N. TREIMAN, # 133299
Email: rtreiman@mfrlegal.com
MORALES FIERRO & REEVES
2151 Salvio Street, Suite 280
Concord, CA 94520
Telephone: (925) 288-1776
Facsimile: (925) 288-1856

Attorneys for Plaintiff ZURICH AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF THE NAVY, a federal agency, HOMELAND SECURITY SOLUTIONS, INC., a Virginia corporation, AUSTIN ALAN BUSTILLOS, an individual,<br><br>Defendants. | CASE NO.: 2:19-cv-08218-CAS (SSx)<br><br>**PROOF OF SERVICE OF SUMMONS**<br><br>**(Defendant Department of the Navy)** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Department of the Navy, a federal agency

was received by me on *(date)*  11/07/2019  .

☐ I personally served the summons on the individual at *(place)* _____
_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Pursuant to FRCP(4)(i), I served the Summons/Complaint by Certified Mail on Defendant Department of the Navy, c/o U.S. Attorney's Office, 300 N. Los Angeles St., #7516, CA 90012. (USPS Tracking receipt no. 70161370000114733568 was signed for on 11/26/2019)

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/17/2019

*Server's signature*

Carol J. Hastings
*Printed name and title*

2151 Salvio Street, Suite 280
Concord, CA 94520

*Server's address*

Additional information regarding attempted service, etc:

Copies were also sent via Certified Mail to Attorney General of the U.S., U.S. Dept. of Justice, 950 Pennsylvania Ave, N.W. Washington D.C. 20530 (USPS Tracking No. 70161370000115733575); and General Counsel of the Navy, Naval Litigation Office, 720 Kennon St., SE, Navy Yard, Washington D.C. 20374 (USPS Tracking No. 70161370000115733230).

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70161370000115733568

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:01 pm on November 29, 2019 in LOS ANGELES, CA 90012.

## ✓ Delivered

November 29, 2019 at 1:01 pm
Delivered, Front Desk/Reception/Mail Room
LOS ANGELES, CA 90012

Get Updates ∨

---

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70161370000115733575

Remove ✕

Your item was delivered at 4:45 am on December 2, 2019 in WASHINGTON, DC 20530.

## ✓ Delivered

December 2, 2019 at 4:45 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70161370000115733230

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:35 am on December 2, 2019 in NAVAL ANACOST ANNEX, DC 20373.

## ✓ Delivered

December 2, 2019 at 9:35 am
Delivered, Front Desk/Reception/Mail Room
NAVAL ANACOST ANNEX, DC 20373

Get Updates ∨

| Text & Email Updates | ∨ |
|---|---|

| Tracking History | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.